IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )        4:08CR3174
                                 )
        v.                       )
                                 )           ORDER
ILDEFONSO MONTOYA-VASQUEZ,        )
                                 )
        Defendant.               )

        IT IS ORDERED:

        Defendant's motion to continue, filing 20, is granted and,

        1.  Trial of this matter is continued to 9:00 a.m.,
May 4, 2009 for a duration of three days, before the Honorable
Richard G. Kopf in Courtroom 1, United States Courthouse and
Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.
Jury selection will be held at commencement of trial.

        2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between March 3,
2009 and May 4, 2009 shall be deemed excludable time in any
computation of time under the requirements of the Speedy Trial
Act, for the reason that the parties require additional time to
adequately prepare the case, taking into consideration due
diligence of counsel, the novelty and complexity of the case, and
the fact that the failure to grant additional time might result
in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

        Dated March 3, 2009.

                                BY THE COURT

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge