IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3174 |
| | ) | |
| V. | ) | |
| | ) | |
| ILDEFONSO MONTOYA-VASQUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Since there is no indication in the motion that the government agrees to the continuance and since this matter has already been continued once,

IT IS ORDERED that the motion to continue the change of plea hearing (filing 27) is denied.

DATED this 31st day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge