IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3174 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ILDEFONSO MONTOYA-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the motion to release bond (filing 70) is granted to the extent that the Clerk of Court is directed to refund the bond proceeds to the person who posted it as shown by the Clerk's office records.

    September 14, 2010.        BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                United States District Judge